Argued October 28, affirmed December 18, 1968, United States
Supreme Court denied certiorari April 1, 1969

HOOD RIVER COUNTY, *Respondent, v.*
NORTHERN PACIFIC RAILWAY
COMPANY ET AL,
*Appellants.*

Case No. 2207

448 P. 2d 520

*William B. Wyllie,* Salem, argued the cause for appellants. With him on the brief were Rhoten, Rhoten & Speerstra, Salem.

*Carl R. Neil,* Portland, argued the cause for respondent. With him on the brief were Lindsay, Nahstoll, Hart, DaFoe & Krause, Portland, and John A. Jelderks, District Attorney, Hood River.

Before McALLISTER, Presiding Justice, and SLOAN, O'CONNELL, DENECKE, HOLMAN and MENGLER, Justices.

PER CURIAM.

This case is identical to that of *Hood River County v. Western Tree Farms, Inc. et al,* 252 Or 51, 448 P2d 519, and *Western Tree Farms, Inc. v. Hood River County,* 252 Or 47, 448 P2d 518, 252 Or 49, 448 P2d 519, decided December 11, 1968.

Defendants seek the overruling of *Hood River County v. Dabney,* 1967, 246 Or 14, 423 P2d 954. This we have declined to do.

Affirmed.